**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD COLE,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL LEMKE, et al.,<br><br>                Defendants. | No. 1:16-cv-07845<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge M. David Weisman |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME
TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford"), ANN DAVIS, M.D. ("Dr. Davis"), and GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D. ("Dr. Obaisi") (collectively, the "Defendants"), by and through their attorneys, Matthew H. Weller and Miguel E. Larios of CASSIDAY SCHADE LLP, pursuant to Fed. R. Civ. P. 6(b), and for their Agreed Motion for Extension of Time to File Their Motion for Summary Judgment, up to and including July 16, 2018, state as follows:

1. The parties have completed fact discovery in this matter. Defendants' motion for summary judgment in this matter is currently due on June 15, 2018. (Dkt. 107).

2. Given the need to review the record materials, and draft the requisite memoranda and Local Rule 56.1 statement of facts, Defendants respectfully request an extension of thirty (30) days or up to and including July 16, 2018 to file their motion for summary judgment in this matter. Additionally, Defendants' counsel will be traveling out of state from June 12 to June 19.

3. On June 8, 2018, undersigned counsel communicated Plaintiff's counsel who indicated his agreement with Defendants' proposed extension of time. On June 9, 2018, counsel

for the IDOC defendants indicated his agreement with the proposed extension of time and asked that the dispositive motion deadline be extend for them as well.

4.  This is Defendants' first motion for an extension of time to file their motion for summary judgment.

5.  This request is made in good faith and not for any improper purpose. No party will be prejudiced by the granting of this motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting all Defendants an extension of time to file their motion for summary judgment up to and including July 16, 2018, and for such other relief that this Court deems necessary.

Dated: June 9, 2018

Respectfully submitted,

By: /s/Miguel E. Larios
Miguel E. Larios (ARDC No. 6301828)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
mlarios@cassiday.com

*Counsel for Defendants Wexford Health Sources, Inc., Dr. Davis and Dr. Obaisi*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2018, I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

*/s/ Miguel E. Larios*
