# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Richard Cole,

Plaintiff(s),

v.

Michael Lemke, Wexford Health Sources, Jane Doe, Shanel Barnett, Ann H. Davis, and Ghaliah Obaisi,

Defendant(s).

Case No. 16 C 7845
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Michael Lemke, Wexford Health Sources, Jane Doe, Shanel Barnett, Ann H. Davis, and Ghaliah Obaisi
and against plaintiff(s) Richard Cole
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on motions for summary judgment

Date: 3/15/2019                    Thomas G. Bruton, Clerk of Court

                                   /s/ Lynn Kandziora , Deputy Clerk